# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      JENNIFER M ANDERSON

          Debtor(s)

Case No. 07-12155

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/09/2007.

2) The plan was confirmed on 09/19/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 05/29/2009.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $23,111.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,890.82 |
| Less amount refunded to debtor | $97.38 |
| **NET RECEIPTS:** | **$3,793.44** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,019.77 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $198.02 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,217.79** |

Attorney fees paid and disclosed by debtor:            $16.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED RADIOLOGY CONS | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| APPS | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| BOFFA SURGICAL GROUP LLC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERVICES | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| CCS MEDICAL | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CHARLES DRUECK | Unsecured | NA | 2,331.50 | 2,331.50 | 0.00 | 0.00 |
| COMED | Unsecured | 175.90 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS CLINICAL PATHOLOG | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR PROTECTION ASSOC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR PROTECTION ASSOC | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| DOUBLEDAY BOOK CLUB | Unsecured | 7.73 | NA | NA | 0.00 | 0.00 |
| ENCORE RECEIVABLE MGMT | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 1,100.00 | 1,157.45 | 1,157.45 | 0.00 | 0.00 |
| FIRST EXPRESS | Unsecured | 299.00 | 299.91 | 299.91 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | 954.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| GARY FAHRENBACH | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| IGOR BLUMIN | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 2,131.97 | 2,131.97 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | NA | 643.24 | 643.24 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 182.96 | 1,113.00 | 1,113.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,489.48 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,456.31 | 12,125.83 | 12,125.83 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 237.41 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,278.09 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 271.49 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Unsecured | 106.46 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 2,290.32 | NA | NA | 0.00 | 0.00 |
| JEWEL FINER FOODS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR ET AL | Unsecured | 231.76 | NA | NA | 0.00 | 0.00 |
| LUTHERAN GENERAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MARQUETTE CONSUMER FINANCE | Secured | 702.00 | 702.00 | 702.00 | 503.42 | 72.23 |
| NATIONAL REVENUE CORP | Unsecured | 148.49 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTION | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 829.75 | 829.75 | 0.00 | 0.00 |
| PROFESSIONAL NEUROLOGICAL SER | Unsecured | 4,472.00 | 4,472.00 | 4,472.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 111.85 | NA | NA | 0.00 | 0.00 |
| RADIOLOGISTS OF DUPAGE | Unsecured | 13.50 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST REHABILITATION | Unsecured | 2,250.50 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| TOTAL MUSIC LTD | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| UNITED TELEMANAGEMENT CORP | Unsecured | 8.70 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $702.00 | $503.42 | $72.23 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$702.00** | **$503.42** | **$72.23** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,756.24 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,756.24** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$23,348.41** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,217.79 |
| Disbursements to Creditors | $575.65 |
| | |
| **TOTAL DISBURSEMENTS** : | **$3,793.44** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/27/2009                    By: /s/ Glenn Stearns
                                                            Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-13-FR-S (9/1/2009)**